20mc163
Colleen McMahon

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| IN RE: CORONAVIRUS/COVID-19 PANDEMIC | STANDING ORDER |
| THIS MATTER RELATES TO:<br>The Central Violations Bureau | M10-468 |

WHEREAS in recognition of the coronavirus COVID-19 pandemic the President of the United States having issued a declaration of national emergency on March l3, 2020,

WHEREAS the United States District Court for the Southern District of New York having subsequently entered a Standing Order on March 16, 2020, regarding Entry into Courthouses, M10-468, to protect the public health and reduce the size of public gatherings,

WHEREAS, it is currently unclear when the United States Courthouses in the district will again be fully accessible,

IT IS HEREBY ORDERED all appearances for Violation Notices scheduled before this Court are continued until further order of the Court. The Court finds specifically that a continuation of violation matters before the Court during this time could result in a significant miscarriage of justice.

Having adjourned all violation matters, persons with previously scheduled violation hearings will not be permitted to enter any courthouse in the district in accordance with the court's March 16, 2020, Standing Order described above.

Persons whose violation hearings have been adjourned by this order will receive a new Notice to Appear at a future date.

SO ORDERED.

Dated:   March 17, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge